IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

Delintae Morgan #250769
**Plaintiff's name and ID Number**

Annex 105 West Front Street Texarkana TxFed
**Place of Confinement**

CASE NO: _____
(Clerk will assign the number)

v.

Sg. Frenzell 105 W. Front St. Texarkana 75001
**Defendant's name and address**

_____
**Defendant's name and address**

_____
**Defendant's name and address**
(DO NOT USE "ET AL.")

I.  PREVIOUS LAWSUITS:

   A. Have you filed *any* other lawsuits in state or federal court relating to your
      imprisonment?                                              ___ YES  _/_ NO

   B. If your answer to "A" is "yes", describe each lawsuit in the space below.
(If there is more than one lawsuit, describe the additional lawsuits on another piece of paper,
giving the same information.)

      1. Approximate date of filing lawsuit: ~~~~~~~~~~ - ~~~~~~~~~~

      2. Parties to previous lawsuit:
         Plaintiff(s)_____

         Defendant(s) _____

      3. Court (If federal, name the district; if state, name the county)_____

      4. Docket Number: _____

      5. Name of judge to whom case was assigned: _____

      6. Disposition: (Was the case dismissed, appealed, still pending?)

         _____

      7. Approximate date of disposition: _____

(same questions.)

1. Court that imposed warning (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date warnings were imposed: _____

Executed on: _____
            DATE

_DeUntae Morgan_
_DeUntae Morgan_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court inform of my current mailing address and failure to do so may result in the dismissal of this lawsu

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brough three or more civil actions in a Court of the United States while incarcerated or detained facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or fa state a claim upon which relief may be granted, unless I am under imminent danger of se physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsi the entire $150 filing fee and costs assessed by the Court, which shall be deducted in acco with the law from my inmate account by my custodian until the filing fee is paid.

Signed this ___9___ day of ___12___, 20_23_
         (Day)              (Month)        (Year)

_DeUntae Morgan_
_DeUntae Morgan_
(Signature of Plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information pr response to the following questions will result in the imposition of sanctions. The sanctions the C impose include, but are not limited to monetary sanctions and/or the dismissal of this action wit

II. PLACE OF PRESENT CONFINEMENT: Bowie County Correctional Detention

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?   ✓ YES  ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Deuntae Morgan 645 Canada St Jacksonville Tx 75766 (903-724-0525) Jw4442999@gmail.com

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Sg. Frenzell Correctional Officer Bowie County (Annex) 105 W Front St. Texarkana, 75001
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Excessive Use of force while detained / Assault

Defendant #2: ___
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: ___
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: ___
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: ___
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I was pulled from my pod due to an alleged altercation. That led to me allegedly attempting to take the TV off the wall. From that point I was removed from the pod and taken to a sep cell as a means of seperation from that point I was taken to medical but allegedly refused treatment. I was escorted to Alpha holding where the excessive use of force took place while I was detained. Officers that was involved were Lt. Brown / Sg. Frenzell / Nurse Wess / Mr. Acker Officer Frenzell punched me several times while I was handcuffed reason being I allegedly tried to bite him, which i never did (Sg. Ellis)

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am seeking vendification and compensation so hopefully this will not happen to anyone else

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Deluntrae Morgan

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#250769

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?   ___YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (if federal, give the district and division):_____
  2. Case number:_____
  3. Approximate date sanctions were imposed:_____
  4. Have the sanctions been lifted or otherwise satisfied?   ___YES  ___NO

4.

C. Has any court ever warned or notified you that sanctions could be imposed? ____YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date warning was issued: _____

Executed on: 12/18/2023
          DATE

Devontae Morgan
*(Signature of Plaintiff)*

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __18__ day of __12__, 20 __23__.
          (Day)          (month)          (year)

Devontae Morgan
*(Signature of Plaintiff)*

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.