IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| DEUNTAE MORGAN, § | |
| § | |
| Plaintiff, § | |
| § | CASE NO. 5:24-CV-00010-RWS-JBB |
| v. § | |
| § | |
| JOHNNIE FRINZELL, § | |
| § | |
| Defendant. § | |

# ORDER

*Pro se* Plaintiff Deuntae Morgan filed this civil rights lawsuit under 42 U.S.C. § 1983 complaining of alleged violations of his constitutional rights. The lawsuit was referred to United States Magistrate Judge J. Boone Baxter. On November 5, 2025, the magistrate judge issued a Report and Recommendation, recommending that Defendant's motion for summary judgment (Docket No. 17) be granted and that the above lawsuit be dismissed with prejudice for failure to exhaust administrative remedies. Docket No. 19. A copy of this Report and Recommendation was sent to Plaintiff at his last known address, but Plaintiff did not file any objections.

The Fifth Circuit has explained that where a letter is properly placed in the United States mail, a presumption exists that the letter reached its destination in the usual time and was received by the person to whom it was addressed. *Faciane v. Sun Life Assurance Co. of Can.*, 931 F.3d 412, 420–21 and n.9 (5th Cir. 2019). Because no objections have been filed, Plaintiff is barred from *de novo* review of the findings, conclusions, and recommendations of the magistrate judge and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *Duarte v. City of Lewisville, Tex.*, 858 F.3d 348, 352 (5th Cir. 2017).

The Court has reviewed the pleadings and the Report and Recommendation of the Magistrate Judge. Upon such review, the Court has determined that the Report and Recommendation is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989) (where no objections to a magistrate judge's Report and Recommendation are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, it is

**ORDERED** that the Report and Recommendation (Docket No. 19) is **ADOPTED** as the opinion of the District Court and Defendant's motion for summary judgment (Docket No. 17) is **GRANTED**. It is further

**ORDERED** the above-styled case is **DISMISSED WITH PREJUDICE** for failure to exhaust administrative remedies. It is further

**ORDERED** that all motions which may be pending in this case are **DENIED**.

**So ORDERED and SIGNED this 13th day of February, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE