# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| DEUNTAE MORGAN, | § <br> § <br> § |
| Plaintiff, | § <br> § CASE NO. 5:24-CV-00010-RWS-JBB |
| v. | § <br> § |
| JOHNNIE FRINZELL, | § <br> § <br> § |
| Defendant. | § <br> § |

## FINAL JUDGMENT

The Court, having considered Plaintiff's case and rendered its decision by opinion issued this same day, **ORDERS** that the above-entitled case is **DISMISSED WITH PREJUDICE**.

The Clerk of the Court is directed to close the case.

**So ORDERED and SIGNED this 13th day of February, 2026.**

*[signature: Robert W Schroeder III]*

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE